[pic]
 The Supreme Court of Texas
 Post Office Box 12248
 Austin, Texas 78711
 Telephone: (512) 463-1312

 FASCIMILE

TO: OF: FAX NO.: PHONE NO.:
Ms. Cathy Wilborn Clerk, Thirteenth Court of Appeals 361-888-0794

Honorable Carl E. Lewis Nueces County Court at Law No. 5 361-561-6142

Mr. James A. Pikl James A. Pikl, P. C. 214-544-7001
Ms. Linda J. Rhodes-Schauer Schauer and Simank 361-884-2822
Ms. Susan Miller TX Dept. of Protective & Reg Srvs 512-339-5876
Mr. Ernest M. Briones Nueces County Clerk 361-8880329
Mr. Richard Edric Salisbury P.O. Box 12548 512-320-0667

FROM: Clerk's Office
DATE: October 24, 2005
PAGES: (3), including cover page

RE: Case Number: 05-0838; IN RE EDWARD WERNECKE AND MICHELE WERNECKE

COMMENTS:

 If you have any questions, please call. Thank you.
 [pic]
 The Supreme Court of Texas
 Post Office Box 12248
 Austin, Texas 78711
 Telephone: (512) 463-1312

 FASCIMILE

TO: OF: FAX NO.: PHONE NO.:
 713/123-4567 713/999-9999

FROM: Clerk's Office
DATE: October 24, 2005
PAGES: (1), including cover page

RE: Case Number: ; v.

COMMENTS:

 If you have any questions, please call. Thank you.